[Carlisle v. The State; Morrisette v. The State.]


# Carlisle *v.* The State.

*Indictment for Obtaining Money under False Pretenses.*

| 77a | 71 |
|-----|-----|
| 117 | 122 |
| 77b | 71 |
| J21 | 3 |
| 121 | 48 |

1.  *Offer to refund.*—Under an indictment for obtaining money under false pretenses (Code, § 4370), evidence of the fact that the defendant offered, two or three weeks after the money was obtained, to refund it with interest, is not relevant or competent evidence for the defense.

FROM the Circuit Court of Pike.
Tried before the Hon. JOHN P. HUBBARD.

STONE, C. J.—The defendant was tried and convicted for obtaining money under false pretenses. He offered testimony tending the show, that, two or three weeks after the money was obtained, he offered to repay it, with some interest. This testimony was ruled out, and he excepted.

The testimony could not tend to disprove anything alleged against the defendant, nor was it part of the *res gestæ*, so as to shed light on the intent with which he uttered the pretense, alleged to be false and fraudulent. There is no error in the record.

Affirmed.